**FILED**

JUL 03 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-4086 |
| ) | |
| CANDLE DEVELOPMENT, LLC, ) | **JUDGMENT** |
| ) | |
| Defendant. ) | |

The United States filed a motion for enforcement of the Consent Decree in this matter and for a money judgment, and pursuant to the Order of the Court enforcing the monetary terms of the Consent Decree in Document 60, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff, United States of America, recover from Defendant, Candle Development, LLC, the sum of $376,092.63, calculated as follows: $10,000.00 for the first civil penalty installment payment due under the Consent Decree, stipulated penalties of $366,000.00 that had accrued as of March 7, 2012, the date the United States filed its Motion to Enforce Consent Decree, and interest of $92.63 that had accrued on the first civil penalty installment payment when it was due on September 22, 2011.

Dated this 3rd day of July, 2012.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
DEPUTY